Willie APPLEBY and James Lofton, Movants,

v.

COMMONWEALTH of Kentucky, Respondent.

Supreme Court of Kentucky.

Sept. 18, 1979.

Terrence Fitzgerald, Chief Appellate Defender, Richard L. Receveur, Asst. Public Defender, Louisville, David A. Lambertus, Louisville, for movants.

Robert F. Stephens, Atty. Gen., George M. Geoghegan, III, Asst. Atty. Gen., Frankfort, Paul W. Richwalsky, Jr., Asst. Commonwealth's Atty., Louisville, for respondent.

### OPINION AND ORDER

The Court, having considered the briefs of movants and respondent and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted.

The order granting discretionary review is vacated and the case is remanded to the Court of Appeals for the issuance of its mandate.

All concur.

Entered September 18, 1979.

/s/ John S. Palmore
Chief Justice